# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CASE NO. 1:18-cv-00718-MLB

NOELLE WRIGHT,

    Plaintiff,

  v.

EXPRESS FASHION OPERATIONS LLC, and EXPRESS, LLC,

    Defendants.

_____/

## Notice of Settlement

Defendants Express Fashion Operations LLC, and Express LLC ("Defendants"), by and through their undersigned counsel write to inform the Court that this matter has been resolved and that the parties will be filing a Stipulation of Dismissal shortly.

Dated: May 23, 2018

    */s/ Justin K. Victor*
    Justin K. Victor
    Georgia Bar No. 105516
    Justin.victor@morganlewis.com
    Morgan, Lewis & Bockius LLP
    1701 Market Street
    Philadelphia, PA  19103
    Telephone: 215.963.5361
    Facsimile: 215.963.5001

    *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                */s/ Justin K. Victor*
                Justin K. Victor

## **SERVICE LIST**

Alex O. Mitchell, Esq.
ADA Group LLC
400 Galleria Pkwy., Suite 1500
Atlanta, Georgia  30339
Phone:  678.385.5923
Fax:  334.521.3859
aom@ADA-Firm.com


L. Landis Sexton, Esq.
Tracy G. BirdSong, Esq.
ADA Group LLC
4001 Carmichael Road, Suite 570
Montgomery, Alabama  36106
Phone:  334.819.4030
Fax:  334.521.3859
CET@ada-firm.com
LLS@ADA-Firm.com
TGB@ADA-Firm.com


*Counsel for Plaintiff*